No. 191. SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES ET AL. *v.* LILLEFLOREN ET AL.

Supreme Court of California. Certiorari granted. *Russell E. Parsons* and *Harold W. Kennedy* for the Farmer Bros. Co., petitioner.